IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 1:19CR334 |
| | ) |
| JIAYU CHEN, | ) |
| | ) |
| Defendant. | ) |

**FINAL ORDER OF FORFEITURE**

WHEREAS on April 9, 2021, defendant Jiayu Chen pleaded guilty to Count 3 of the Superseding Indictment charging the defendant with Conspiracy to Commit Money Laundering, in violation of 18 USC § 1956(h);

AND WHEREAS on July 20, 2021, the Court entered a Consent Order of Forfeiture forfeiting the real property to the government;

AND WHEREAS a public notice of criminal order of forfeiture was published for 30 consecutive days beginning on July 24, 2021, on an official Government internet site (www.forfeiture.gov);

AND WHEREAS a Notice of Criminal Order of Forfeiture was provided, via Federal Express mail, to all persons believed to have an interest in the forfeited property:

AND WHEREAS no petitions have been filed and the time for filing petitions has expired.

**IT IS THEREFORE ORDERED**:

1. The following assets are **CONDEMNED** and **FORFEITED** to the Government, which, by virtue of this Order, shall have clear title to said property:

   a. **Real property and improvements located at 2863 Cropsey Avenue #1CF, Brooklyn, NY, 11214, including appurtenances and attachments thereon and therein.**

2. All right, title, and interest in the forfeited property vest in the United States as of the date of this Order.

3. The Government shall dispose of all forfeited property according to law.

/s/
Leonie M. Brinkema
United States District Judge

At Alexandria Virginia
This 3rd day of January 2023

I ask for this:

Jessica D. Aber
United States Attorney

By: /s/Annie Zanobini
     Annie Zanobini
     Assistant United States Attorney
     California State Bar No. 321324
     Attorney for the United States
     2100 Jamieson Avenue
     Alexandria, Virginia 22314
     Office Number: (703) 299-3700
     Facsimile Number: (703) 299-3982
     E-mail Address: Annie.zanobini2@usdoj.gov